# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-01073-REB-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LINCOLN,

    Plaintiff,

v.

EMERSON FALLICE CALVERT,

    Defendant.

## MINUTE ORDER[1]

    The court's Order of Reference to United States Magistrate Judge [#3], filed June 7, 2006, is WITHDRAWN.

Dated:  June 15, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.